# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | **ORDER** |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| Leonard Barton Higdon, | ) | Case No.: 1:20-cr-26 |
| | ) | |
| Defendant. | ) | |

On June 16th, defendant appeared before the Court on a Petition for Action on Conditions of Pretrial Release. (Doc. No. 26). The Court orders the United States Pretrial Services Office to adjust defendant's location monitoring to accommodate his work location and hours in a manner consistent with the Court's statements at the hearing.

**IT IS SO ORDERED**.

Dated this 16th day of June, 2020.

*/s/ Clare R. Hochhalter*
Clare R. Hochhalter
United States Magistrate Judge

1